1

2

3

4

5

FILED

NOV 04 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    IN RE:                                No. **NO.  1:16-CR-00176 DAD**
                                            **1:16-CR-00175 LJO**
12    FRESNO COUNTY SUPERIOR COURT          **1:16-CR-00174 DAD**
      WIRETAP DOCUMENTS FOR                 **1:16-CR-00173 DAD**
13                                          **1:16-CR-00172 LJO**
      **FPD 16-027**                        **1:16-CR-00170 DAD**
14    **FPD 16-029**                        **1:16-CR-00169 DAD**
      **FPD 16-031**                        **1:16-MJ-00140 BAM**
15    **FPD 16-032**                        **1:16-MJ-00143 BAM**
      **FPD 16-033**                        **1:16-MJ-00144 BAM**
16    **FPD 16-034**                        **1:16-MJ-00146 BAM**
      **FPD 16-035**
17    **FPD 16-036**
      **FPD 16-037**
18                                          ORDER

19

20         Application having been made to this court by the United States of America for an order

21   pursuant to Title 18, United States Code, Section 2518(8)(b), to disclose portions of the Fresno

22   County Superior Court Orders authorizing the interception of wire and electronic communications,

23   the accompanying applications, affidavits, and recordings, in the above-entitled case, and

24         Those orders, applications, affidavits, and recordings having previously been sealed by

25   Fresno County Superior Court but authorized to be released to the United States for disclosure in

26   discovery to defendants in the above-captioned matters, and

27         Good cause having been shown by the United States in its application as required by Title

28   18, United States Code, Section 2518(8)(b),

                                            1

1    IT IS HEREBY ORDERED that portions of the above-referenced order, and the

2    accompanying application and affidavits may be disclosed to parties for use in a criminal action

3    in:

4         a)    *United States v. Dejohn Wiley*, et al 1:16-CR-00176 DAD,

5         b)    *United States v. Dionne Singleton*, 1:16-CR-00175 LJO,

6         c)    *United States v. Anthony Thomas, et al*, 1:16-CR-00174 DAD,

7         d)    *United States v. Khaliff Campbell, et al*, 1:16-CR-00173 DAD,

8         e)    *United States v. Jamar Johnson*, 1:16-CR-00172 LJO,

9         f)    *United States v. Charlie Stevenson, et al*, 1:16-CR-00170 DAD,

10        g)    *United States v. Robert Gonzalez, et al*, 1:16-MJ-00140 BAM (and any

11   subsequent case based upon an indictment following this case),

12        h)    *United States v. Omar Gonzalez*, 1:16-CR-00169 DAD,

13        i)    *United States v. Jesus Velazquez*, 1:16-MJ-00143 BAM (and any subsequent

14   case based upon an indictment following this case),

15        j)    *United States v. Rashad Halford, et al*, 1:16-MJ-00144 BAM (and any

16   subsequent case based upon an indictment following this case);

17        k)    *United States v. Anthony Ramirez*, 1:16-MJ-00146 BAM (and any subsequent

18   case based upon an indictment following this case)

19   Any state or federal prosecution that requires disclosure of the wiretap documents in discovery only

20   provided this Order shall be in effect and honored for any such case pursuant to Title 18, United States

21   Code, Section 2518(9), and for any other purpose required by Chapter 119 of Title 18, United States

22   Code.

23        IT IS FURTHER ORDERED THAT the parties and defense counsel, including but not

24   limited to defense counsel's staff, investigators, and outside assistants, shall not disclose the

25   contents of the documents released by the government through discovery in this case, except as

26   necessary for investigative work for the prosecution or presentation of defenses in this case.  No

27   copies of documents, tape- recordings, or other items released by the government in discovery in

28   this case may be given to the defendant or any third party who is not a member of defense

2

1    counsel's staff or hired as defense investigators or outside assistants, including relatives or friends

2    of the defendant.

3          IT IS FURTHER ORDER that this order may be served on the parties who will be in

4    receipt of the redacted applications, affidavits, and/or orders.

5

6    Dated:  November 4, 2016

                           Honorable Lawrence J. O'Neill
7                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28