W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant CHRIS WILEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WILEY, et. al,<br><br>Defendant. | No. 1:16-CR-0176 DAD-BAM<br><br>**STIPULATION AND ORDER TO PRODUCE EXHIBITS FOR CHEMICAL ANALYSIS** |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney by Kimberly Sanchez, Assistant U.S. Attorney, W. Scott Quinlan, attorney for defendant Christopher Wiley, and all co-counsel and co-defendants, that upon the defendants' request for the Government to produce all methamphetamine seized during controlled purchases starting December 4, 2015 through October 27, 2016 and seized from search warrants served at 1481 N. Fay and 449 N. Ferger Ave, for inspection, weighing and testing for a determination if whether the substance is methamphetamine by a private toxicologist retained by the defendants, and there being no objection by the Government and upon the COURT'S CONSIDERATION,

///

///

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED in accordance with Fed. R. Crim. P. 16(a)(l)(E), that the |
| 2 | Government shall make available, in its discretion and in a manner it deems consistent with the |
| 3 | type and quantity of controlled substance at issue, the controlled substance identified as follows: |
| 4 | ATF exhibit 12 and analyzed by the DEA as set forth in LIMS Number. 2016-SFL7-05116 |
| 5 | ATF exhibit 26 and analyzed by the DEA as set forth in LIMS Number. 2016-SFL7-05117 |
| 6 | ATF exhibit 42 and analyzed by the DEA as set forth in LIMS Number. 2016-SFL7-05118 |
| 7 | ATF exhibit 47 and analyzed by the DEA as set forth in LIMS Number. 2016-SFL7-05107 |
| 8 | ATF exhibit 71 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05109 |
| 9 | ATF exhibit 62 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05108 |
| 10 | ATF exhibit 84 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05110 |
| 11 | ATF exhibit 92 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05111 |
| 12 | ATF exhibit 113 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05112 |
| 13 | ATF exhibit 119 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05113 |
| 14 | ATF exhibit 120 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05114 |
| 15 | ATF exhibit 123 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05115 |
| 16 | ATF exhibit 150 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05102 |
| 17 | ATF exhibit 179 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05105 |
| 18 | ATF exhibit 180 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05103 |
| 19 | ATF exhibit 181 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05104 |
| 20 | ATF exhibit 195 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05106 |
| 21 | FBI exhibit 1B138 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05398 |
| 22 | FBI exhibit 1B54 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05396 |
| 23 | FBI exhibit 1B55 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05397. |
| 24 | |
| 25 | These exhibits shall be made available by the government at the ATF in Fresno, CA and at |
| 26 | the FBI in Sacramento, California for toxicologist Michael Henson, of MD Henson and |
| 27 | Associates, L.L.C., 6520 Platt Ave., #562, West Hills, CA 91307) for independent analysis of |
| 28 | drug weight and purity.  The Government shall then deliver samples of the specified exhibits |

above to Forensic Toxicology Associates/Pacific Toxicology Laboratories, at 9348 De Soto Ave., Chatsworth, Ca 91311, DEA registration number RF0301553. The expert shall possess and present in advance, as a prerequisite to the delivery of the exhibits, a current and valid DEA registration sufficient to perform the qualitative and quantitative analyses of the schedule controlled substance at issue, in accord and in full compliance with the applicable DEA registration procedures, found at 21 C.F.R. § 1301.11 et seq.; and

IT IS FURTHER ORDERED that, upon weighing of the controlled substance, the government agents will provide a representative sample of the scheduled controlled substance to be sent to the experts laboratory for qualitative and quantitative analysis. The agents shall then re-seal the evidence and return it to their storage. The expert will thereafter sign for receipt of the representative sample. The defense expert shall conduct the identification and quantitative/purity analysis ordered herein and shall provide the Government with a Declaration Under Penalty of Perjury pursuant to 28 U.S.C. § 1746. The Declaration will state the quantity of the exhibits consumed during analysis (if any) as well as the weight of the exhibit both received from and returned to the Government. The Declaration shall be delivered to the Government immediately upon completion of the analyses ordered herein; and

IT IS FURTHER ORDERED that:

(1) The defense agrees that any reweighing of the exhibits will be conducted first and separately from any retesting involving qualitative and/or quantitative analyses including purity of the laboratory exhibits;

(2) The defense shall coordinate with the Government a convenient date and time for the analyses ordered herein, which date shall be within thirty (30) days of the date of this Order;

(3) The defense expert is responsible for safeguarding the exhibit(s)/sample(s), preserving the chain of custody in a manner to faithfully protect its integrity;

(4) The defense expert is responsible for repackaging each internal sample/exhibit package into a heat-sealed evidentiary envelope, which heat-sealed container shall be placed into a separate heat-sealed envelope, which shall be secured in such a manner that tampering will be

readily observable.  The heat-sealed envelopes will be provided by the agents upon delivery of the exhibits;

  (5) Upon completion of any other reanalysis, the defense expert shall return any residual substance and its original packaging to the law enforcement officer.  The method can be secured delivery services (i.e., barcode tracking systems) offered by the United States Postal Service (such as registered mail) or by a commercial carrier;

  (6) All reanalysis must be completed within ten (10) calendar days from the date of receipt of the sample(s)/exhibit(s).  Return of any residual substance and its original packaging must occur within five (5) calendar days following completion of the reanalysis.

  (7) Any failure to follow the aforementioned procedures will render the reanalysis results scientifically unreliable, as those terms are used in the Federal Rules of Evidence or its state equivalent;

  (8) Any failure by the defense to maintain the proper chain of custody will not render the following exhibits inadmissible for this reason.

ATF exhibit 12 and analyzed by the DEA as set forth in LIMS Number. 2016-SFL7-05116  
ATF exhibit 26 and analyzed by the DEA as set forth in LIMS Number. 2016-SFL7-05117  
ATF exhibit 42 and analyzed by the DEA as set forth in LIMS Number. 2016-SFL7-05118  
ATF exhibit 47 and analyzed by the DEA as set forth in LIMS Number. 2016-SFL7-05107  
ATF exhibit 71 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05109  
ATF exhibit 62 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05108  
ATF exhibit 84 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05110  
ATF exhibit 92 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05111  
ATF exhibit 113 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05112  
ATF exhibit 119 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05113  
ATF exhibit 120 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05114  
ATF exhibit 123 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05115  
ATF exhibit 150 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05102  
ATF exhibit 179 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05105

ATF exhibit 180 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05103

ATF exhibit 181 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05104

ATF exhibit 195 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05106

FBI exhibit 1B138 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05398

FBI exhibit 1B54 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05396

FBI exhibit 1B55 and analyzed by the DEA as set forth in LIMS Number 2016-SFL7-05397.

The defense expert shall be given a copy of this order.

IT IS SO ORDERED.

Dated: **February 22, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE