McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEJOHN WILEY, AND CHRIS WILEY, <br><br> Defendants. | No. 1:16-CR-00176 DAD <br><br> STIPULATION TO EXTEND GOVERNMENT'S RESPONSE DUE DATE |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Broughton, counsel for Dejohn Wiley, and Scott Quinlan, counsel for Chris Wiley, that the Government's response to the defendants' sentencing memoranda and objections to the presentence report currently due today, April 8, 2019, is extended to be due on April 10, 2019. There is no request to continue the sentencing set for, April 15, 2019, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge. The reason for the request is that counsel for the Government has been caring for

**[Remainder of page intentionally left blank.]**

1

her sick 4 year old child since last Thursday, among other work responsibilities, including a brief for the Ninth Circuit.

Dated: April 8, 2019                     Respectfully submitted,

                                                                     McGREGOR W. SCOTT
                                                                      United States Attorney

                                        By     /s/ Kimberly A. Sanchez
                                                             KIMBERLY A. SANCHEZ
                                                             Assistant U.S. Attorney

Dated: April 8, 2019                     MARK BROUGHTON
                                                             Attorney for Defendant D. Wiley

Dated: April 8, 2019                        /s/ W. Scott Quinlan
                                                             W. SCOTT QUINLAN
                                                             Attorney for Defendant C. Wiley

IT IS SO ORDERED.

Dated: **April 8, 2019**                     _____
                                                                 UNITED STATES DISTRICT JUDGE